IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-CV-01128 JSC |
| Plaintiff, | **ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES IN STUDENT LOAN CASES** |
| v. | |
| JEFFREY S. MARTH, | |
| Defendant._____/ | |

Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Jacqueline Scott Corley for trial. All filings shall include the initials "JSC" after the case number. The Northern District of California Local Rules of Practice in Civil Proceedings apply to this case. These rules are posted on our website, www.cand.uscourts.gov. In addition, the parties are **ORDERED** to follow the procedures set forth below:

1. Within **ten (10) days** of the date of this Order, the parties shall return to the Clerk of Court the enclosed form, either consenting to my jurisdiction pursuant to 28 U.S.C. § 636(c),  requesting reassignment to a District Judge.

2. Within **twenty (20) days** of the date of this Order, Plaintiff shall mail to Defendant an accounting and a copy of any documents supporting Plaintiff's claims. Plaintiff shall concurrently file with the Court said accounting (without documents) and proof of service of the accounting.

3. Within **forty (40) days** of the date of this Order, Defendant shall mail to Plaintiff a copy of any documents which Defendant claims prove payment of all or part of the loan or otherwise excuse Defendant's failure to pay the loan.

4. Within **sixty (60) days** of the date of this Order, the parties shall meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute.

5. Within **two (2) weeks** after the meeting, each party shall file and serve a letter informing the Court of the status of the case. The letter shall include the following:

   (a) A brief description of the events underlying the lawsuit;

   (b) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose;

   (c) A suggested trial date and an estimate of the length of trial.

Thereafter, the Court will schedule a case management conference to discuss the status of the case and develop a trial schedule.

**IT IS SO ORDERED.**

Dated: August 29, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2