IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY S. MARTH,<br><br>    Defendant._____/ | No. C11-1128 JSC<br><br>**ORDER RE: CASE MANAGEMENT PROCEDURES** |

On August 29, 2011, the Court issued an order regarding case management procedures in this student loan case. In accordance with the order, Plaintiff has served Defendant with an accounting for the outstanding loans, and on October 25, 2011, Plaintiff filed a statement regarding the status of the case. However, it is not clear whether Defendant has provided Plaintiff with a copy of any documents which Defendant claims prove payment of all or part of the loan or otherwise excuse Defendant's failure to pay the loan. Accordingly, Defendant shall serve Plaintiff with a copy of any such documents immediately, if he has not already done so.

Further, within thirty days of the date of this Order, the parties shall meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute. Within two weeks after the meeting, each party shall file and serve a letter informing the Court of the status of the case. The letter shall include the following:

      (a)    A brief description of the events underlying the lawsuit;

      (b)    What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose;

      (c)    What efforts the parties have made to settle this lawsuit and whether they

believe a further settlement conference would be beneficial;

   (c) A suggested trial date and an estimate of the length of trial.

Thereafter, the Court will schedule a case management conference to discuss the status of the case and develop a trial schedule.

  The Court has received Defendant's Request for 90 Days Continuance or Extension and the request is granted in part as noted above. The Court cannot provide Defendant with legal advice or otherwise answer the questions in Defendant's motion. However, Defendant can contact the Legal Help Center at the United States Courthouse, 450 Golden Gate Ave. 15th Floor, Room 2796, San Francisco, California 94102, http://cand.uscourts.gov/helpcentersf, for assistance.

  **IT IS SO ORDERED.**

Dated: November 9, 2011

              _____
               JACQUELINE SCOTT CORLEY
               UNITED STATES MAGISTRATE JUDGE