IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-CV-01128 JSC |
| Plaintiff, | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JEFFREY S. MARTH, | |
| Defendant. / | |

The parties are ordered to appear for an Initial Case Management Conference on March 1, 2012 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The Joint Case Management Statement is due February 23, 2012. The parties are directed to the Court's Standing Order regarding the contents of statement.

**IT IS SO ORDERED.**

Dated: February 1, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE